Yo, Cousuelo Garcia Vivar, soy la madre de Miguel Angel Barrera Garcia. Como la madre que soy, me dirijo a ustedes con el respeto y la esperanza de recibir su comprensión y apoyo. Vengo a suplicar y expresar mi profunda preocupación por mi hijo.

Mis primeras palabras quiero decir de mi hijo. Miguel Angel es mi segundo hijo de cuatro, y es muy especial para mí. Desde muy pequeño, Miguel ha mostrado ser una persona excepcional. Su carácter amable y generoso siempre ha destacado, demostrando una madurez. Miguel también es padre de dos pequeños, de tres y seis años. A pesar de su juventud, ha asumido esta responsabilidad con una dedicación y un amor incondicional que son verdaderamente admirables. Siempre está pendiente de sus hijos.

Miguel siempre ha vivido conmigo desde que soy viuda. Ha estado a mi lado desde el día en que mi esposo falleció hasta el día de mi operación de corazon abierto. aSu apoyo incondicional ha sido un pilar fundamental en mi vida, y me duele profundamente la situación actual en la que se encuentra. Como madre, me duele ver el sufrimiento de mi hijo, no solo porque ha sido mi compañero constante, sino porque es una persona a la que amo profundamente. Su presencia en mi vida ha sido una fuente de fortaleza y consuelo.

Atentamente Consuelo Garcia Vivar

I, Consuelo Garcia Vivar, am the mother of Miguel Angel Barrera Garcia. As the mother that I am, I address you with respect and the hope of receiving your understanding and support. I come to plead and express my deep concern for my son.

I want to say my first words about my son. Miguel Angel is my second son of four. From a very young age, Miguel has shown himself to be an exceptional person. His kind and generous character has always stood out, demonstrating maturity. Miguel is also the father of two little ones, ages three and six. Despite his youth, he has assumed this responsibility with a dedication and unconditional love that is truly admirable. He is always looking out for his children.

Miguel has always lived with me since I was a widow. He has been by my side from the day my husband passed away until the day of my open heart surgery. His unconditional support has been a fundamental pillar in my life, and the current situation in which he finds himself hurts me deeply. As a mother, it hurts me to see my son's suffering, not only because he has been my constant companion, but because he is a person I love deeply. His presence in my life has been a source of strength and comfort.

Sincerely Consuelo Garcia Vivar