UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA, :
:
                Government, :     24 CR. 242 (RMB)
:
    - against - :     **ORDER**
:
MIGUEL BARRERA, :
:
                Defendant. :
-----------------------------------------------------------------x

       The sentencing scheduled for Tuesday, August 6, 2024 at 10:00 A.M. will take place in Courtroom 17B.

       The maximum term of imprisonment for Count 1: **Smuggling Goods from the United States** is 10 years imprisonment/maximum 3 years supervised release. The maximum term of imprisonment for Count 2: **Money Laundering** is 20 years imprisonment/maximum 3 years' supervised release.

       Based upon a total offense level of 27 and a criminal history category of I, the guideline imprisonment range is 70 months to 87 months.


Dated: July 31, 2024
       New York, NY

                                         _____
                                         RICHARD M. BERMAN
                                              U.S.D.J.